■ ACES MECHANICAL CORP. et al., Plaintiffs, v MARLEY COOL-ING TOWER COMPANY et al., Defendants. (Action No. 1.) FIRE-MAN'S FUND INSURANCE COMPANY, as Subrogee of Aces Mechanical Corp., et al., Respondents, v EFFICIENT TOWERS, INC., et al., Appellants. (Action No. 2.)—Order, Supreme Court, New York County (Charles Ramos, J.), entered on May 6, 1988, and order of said court entered on December 14, 1988, unanimously affirmed for the reasons stated by Charles Ramos, J. Respondents shall recover of appellants one bill of $250 costs and disbursements of these appeals. Concur—Murphy, P. J., Milonas, Kassal, Rosenberger and Smith, JJ.

■ In the Matter of RICHARD M. TILKER, for Reinstatement.—Petition granted insofar as to refer this matter back to the Departmental Disciplinary Committee for the First Judicial Department for a hearing, as indicated. Concur—Murphy, P. J., Sullivan, Kassal, Ellerin and Rubin, JJ.

■ In the Matter of DAVID SAMUELS, a Suspended Attorney, for Reinstatement.—Application for reinstatement referred to the Departmental Disciplinary Committee for the First Judicial Department to make a determination as to petitioner's character and general fitness to practice law at this time, as indicated. Concur—Murphy, P. J., Kupferman, Ellerin, Wallach and Smith, JJ.

■ SUMITOMO MARINE & FIRE INSURANCE CO., LTD.—U.S. BRANCH v COLOGNE REINSURANCE COMPANY OF AMERICA.—Motion by defendants-respondents for (1) reargument denied, and (2) leave to appeal to Court of Appeals granted, as indicated; and cross motion by plaintiff-appellant for reargument denied. Concur—Ross, J. P., Asch, Rosenbrger, Ellerin and Wallach, JJ.

■ LEO HEAPS v SIMON & SCHUSTER Co. et al.—Motion deemed as one seeking reargument of this court's order entered on May 2, 1989 (150 AD2d 164) and, upon reargument, the third paragraph thereof amended, as indicated. Concur—Sullivan, J. P., Asch, Milonas, Kassal and Wallach, JJ.